# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Janus International, Inc., a Georgia corporation, | Civil No. 09-3079 (RHK-AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Kraus-Anderson Construction Company, d/b/a Kraus-Anderson Special Projects, a Minnesota corporation, | |
| Defendant. | |

Pursuant to the Stipulation (Doc No. 5) of the parties, **IT IS ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE**, and without costs, disbursements or attorney's fees to any party.

Dated: December 8, 2009

          s/Richard H. Kyle
          RICHARD H. KYLE
          United States District Judge